**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1777**

CONCETTA M. SAWYERS,

             Plaintiff - Appellant,

         v.

UNITED PARCEL SERVICE (UPS),

             Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  George L. Russell, III, District Judge. (1:12-cv-03183-GLR)

Submitted:  June 19, 2014            Decided:  June 23, 2014

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Concetta M. Sawyers, Appellant Pro Se.  Jill Schultz Distler, Emmett F. McGee, Jr., JACKSON LEWIS PC, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Concetta M. Sawyers appeals the district court's order denying relief on her complaint filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Sawyers v. United Parcel Serv., No. 1:12-cv-03183-GLR (D. Md. May 16, 2013).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED